UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**LUKE MARTINSON,**

    Plaintiff,

v.                                            Case No.  8:07-cv-550-T-30TGW

**ECOES CONSULTING, INC. et al,**

    Defendants.
_____/

## ORDER OF DISMISSAL

Before the Court is the Notice of Voluntary Dismissal Without Prejudice (Dkt. #11). In accordance with same, it is

    **ORDERED AND ADJUDGED** as follows:

    1.    This cause is dismissed without prejudice.

    2.    All pending motions are denied as moot.

    3.    The Clerk is directed to close this case.

    **DONE** and **ORDERED** in Tampa, Florida on September 24, 2007.

                                                JAMES S. MOODY, JR.
                                              UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2007\07-cv-550.dismissal 11.wpd